IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CT-3111-BO

| | |
|---|---|
| ROBERT ROYSTER, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DETECTIVE P. MCKEON, et al., ) | |
| Defendants. ) | |

Plaintiff is presently an inmate in the custody of the North Carolina Department of Correction. He has filed this civil rights action pursuant to 42 U.S.C. § 1983. On August 6, 2010, defendants' filed a motion to compel plaintiff to respond to the interrogatories. The interrogatories were served on plaintiff on June 3, 2010. Plaintiff was required to answer by July 6, 2010. Plaitniff has failed to do so. Defendants' motion to compel is GRANTED. Fed. R. Civ. Pro. 26 . Plaintiff must provide defendants with full and complete answers to the interrogatories. The answers must be verified under oath and mailed to defendants' counsel within 7 business days of this order. Plaintiff is warned that his failure to respond to this order shall result in the dismissal of this case.

SO ORDERED, this the ___ day of October 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE